UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC TANNER,<br><br>       Plaintiff,<br><br>  v.<br><br>PODS, INC, et al.,<br><br>       Defendants.<br>_____/ | No. C 07-2392 JL<br><br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date: _____     _____

                                               Signature

                                               Counsel for _____

                                               _____

REQUEST                              1

United States District Court<br>For the Northern District of California