United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10
11 ISSAC TANNER,                                    No. C 07 -2392 JL
12          Plaintiff,
                                                   CONSENT TO PROCEED BEFORE
13     v.                                          UNITED STATES MAGISTRATE JUDGE
14 PODS, INC, ET AL.,
15          Defendants.
                                           /
16
17     In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party
18 hereby consents to have a United States Magistrate Judge conduct any and all further
19 proceedings in the case, including trial, and order the entry of a final judgment, and
20 voluntarily waives the right to proceed before a United States District Judge. I understand
21 that I am free to withhold consent to jurisdiction of this court and request reassignment to a
22 district judge without adverse substantive consequences.
23
24 Date: July 7, 2007                              M Van Smith
25                                                 Signature
26
27                                                 Counsel for  PLAINTIFF
28                                                 ISSAC TANNER

CONSENT                                       1