1  Ian P. Fellerman (SBN 119725)
   Email: ifellerman@reedsmith.com
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA  94612-3572

4  **Mailing Address:**
   P.O. Box 2084
5  Oakland, CA  94604-2084

6  Telephone:     510.763.2000
   Facsimile:     510.273.8832
7
   Attorneys for Defendant
8  PODS, Inc.

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11  ISAAC TANNER,                     |  Case No.  C07-02392 JL
12              Plaintiff,            |  **DECLARATION OF BRIAN BURKS IN**
                                      |  **SUPPORT OF DEFENDANT'S**
13      vs.                           |  **OPPOSITION TO PLAINTIFF'S MOTION**
                                      |  **TO REMAND**
14  PODS, INC., et al.,               |
15              Defendants.           |  Date:        July 11, 2007
                                      |  Time:        9:30 a.m.
16                                    |  Courtroom:   F, 15th Floor
17                                    |  Hon. James Larson

18

19      I, Brian Burks, declare as follows:

20

21      1.      I have personal knowledge of the facts stated herein and could competently testify

22  thereto.

23

24      2.      On or about January 31, 2007, I received by mail a copy of the Summons and

25  Complaint in this action, together with a Notice and Acknowledgment of Receipt form.  I have

26  never been an employee of PODS, Inc.  I was not and am not authorized to accept service of the

27  Summons and Complaint.  Accordingly, I did not sign the Notice and Acknowledgment of Receipt

28  form.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

— 1 —

DOCSOAK-9875964.1

1          I declare under penalty of perjury under the laws of the United States of America

2   that the foregoing facts are true and correct.  Executed this 18TH day of June 2007, at Hayward,

3   California.

4

5                                                         Brian Burks

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

**PROOF OF SERVICE**

2

3       I am a resident of the State of California, over the age of eighteen years, and not a

4  party to the within action.  My business address is REED SMITH LLP, 1999 Harrison Street,

5  Suite 2400, Oakland, CA  94612-3572.  On June 19, 2007, I served the following document(s) by

6  the method indicated below:

7

8       **DECLARATION OF BRIAN BURKS IN SUPPORT OF**

9       **DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

10

11  ☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully
      prepaid, in the United States mail at Oakland, California, addressed as set forth below.  I am

12    readily familiar with the firm's practice of collection and processing of correspondence for
      mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that

13    same day with postage thereon fully prepaid in the ordinary course of business.  I am aware
      that on motion of the party served, service is presumed invalid if the postal cancellation date

14    or postage meter date is more than one day after the date of deposit for mailing in this
      Declaration.

15

16    M. Van Smith
      1696 Mendenhall Drive

17    San Jose, CA  95130
      (408) 364-1062 (T)

18    (408) 273-6496 (F)

19

20       I declare under penalty of perjury under the laws of the State of California that the

21  above is true and correct.  Executed on June 19, 2007, at Oakland, California.

22

23                                                            Kathy Jenkins

24

25

26

27

28