M. VAN SMITH
State Bar No. 32007
1696 Mendenhall Drive
San Jose, California 95130
Telephone (408) 364-1062
Attorney for Plaintiff
ISAAC TANNER

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC TANNER,<br>       Plaintiff,<br>vs.<br>PODS, INC. a corporation, et al.,<br>       Defendants. | No. C07-02392 JL<br><br>STIPULATION TO WITHDRAW MOTIONS; ORDER<br><br>Date:  July 11, 2007<br>Time:  9:30 a.m.<br>Courtroom F, 15th Floor<br>Honorable James Larson |

The parties hereby stipulate that Plaintiff's Motion to Remand and Motion for Attorney's fees set for hearing on July 11, 2007, may be withdrawn.

Dated: July 4, 2007

                                      M. VAN SMITH
                                      Attorney for Plaintiff

Dated: July 6, 2007.

                                      IAN P. FELLERMAN
                                      Attorney for PODS, Inc.

1

STIPULATION TO WITHDRAW MOTIONS

# O R D E R

Based on the stipulation of the parties, the court orders that the Motion to Remand and the Motion for Attorney's Fees set for hearing on July 11, 2007, may be withdrawn.

Dated: _____

_____
JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO WITHDRAW MOTIONS**