## CIVIL MINUTES

**Chief Magistrate Judge James Larson**                    FTR 10:52-10:54
Date: **August 8, 2007**

Case No: **C07- 2392 JL**

Case Name: **Isaac Tanner v. PODS, Inc., et al**

Plaintiff  Attorney(s): Not present
Defendant Attorney(s): Ian Fellerman

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                            **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - not held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 9-12-07 @ 10:30 a.m. for  CMC.

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
         [ ] Jury  [ ] Court

Notes: Defendant's counsel may request sanctions for plaintiff's failure to appear or notify Court.


cc: Venice, Kathleen,