Ian P. Fellerman (SBN 119725)
Email: ifellerman@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant
PODS, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC TANNER,<br><br>                    Plaintiff,<br><br>vs.<br><br>PODS, INC., et al.,<br><br>                    Defendants. | Case No. C07-02392 JL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SANCTIONS**<br><br>Date:           September 26, 2007<br>Time:           9:30 a.m.<br>Courtroom:  F<br><br>Hon. James Larson |

Defendant's motion for sanctions came on regularly for hearing in Courtroom F of the above-referenced Court, Chief Magistrate Judge James Larson presiding. Plaintiff and Defendant appeared through their respective counsel of record. For good cause shown, it is hereby ordered that Defendant's motion for sanctions is granted. Plaintiff and his counsel, M. Van Smith, are hereby ordered to pay Defendant $_____ on or before October \_\_\_, 2007.

DATED: September \_\_\_, 2007

Hon. James Larson
United States District Court Chief Magistrate Judge

[Proposed] Order Granting Defendant's Motion For Sanctions

DOCSOAK-9882018.1

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On August 16, 2007, I served the following document(s) by the method indicated below:

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SANCTIONS**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

M. Van Smith
1696 Mendenhall Drive
San Jose, CA 95130
(408) 364-1062 (T)
(408) 273-6496 (F)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 16, 2007, at Oakland, California.

_____
Kathy Jenkins