Ian P. Fellerman (SBN 119725)
Email: ifellerman@wprlaw.com
WILEY, PRICE & RADULOVICH LLP
1301 Marina Village Parkway, Suite 310
Alameda, CA 94501

Telephone: +1 510 337 2810
Facsimile: +1 510 337 2811

Attorneys for Defendant
PODS, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC TANNER, | Case No. C07-02392 JL |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| vs. | |
| PODS, INC., et al., | |
| Defendants. | |

Defendant PODS, Inc. hereby substitutes Ian P. Fellerman of Wiley, Price and Radulovich LLP, located at 1301 Marina Village Parkway, #310, Alameda, California 94501 as its counsel of record in place of Reed Smith LLP.

DATED: September 5, 2007

REED SMITH LLP

By: _____
DOUGLAS RIEGELHUTH

—1—

Substitution Of Attorney

```
 1  SUBSTITUTION ACCEPTED:
 2  DATED: September 5, 2007
                                    WILEY, PRICE & RADULOVICH LLP
 3
 4
                                    By _____
 5                                     Ian P. Fellerman
                                       Attorneys for Defendant
 6                                     PODS, Inc.
 7
 8  DATED: September 4, 2007
 9                                     PODS, Inc.
10
                                    By _____
11                                     D. Lockwood Gray
                                       VP/Associate General Counsel
12
13
...
28
                                  -2-
                           Substitution Of Attorney
```

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is WILEY, PRICE & RADULOVICH LLP, 1301 Marina Village Parkway, Suite 310, Alameda, California 94501. On September 7, 2007, I served the following document(s) by the method indicated below:

## SUBSTITUTION OF ATTORNEY

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

M. Van Smith
1696 Mendenhall Drive
San Jose, CA 95130
(408) 364-1062 (T)
(408) 273-6496 (F)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 7, 2007, at Alameda, California.

_____
MAGNOLIA D. VINLUAN