## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 11:04-11:08 (4 min)
Date: **September 12, 2007**

Case No: **C07- 2392 JL**

Case Name: **Isaac Tanner v. PODS, Inc., et al**

Plaintiff  Attorney(s): Van Smith
Defendant Attorney(s): Ian Fellerman

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                              **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference -  held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:** Case referred to ADR for mediation w/in 60-90 days.
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 1-16-08 @ 10:30 a.m. for  CMC. Counsel to submit updated statement few days prior.

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
        [ ] Jury  [ ]  Court

Notes:


cc: Venice, Kathleen, ADR