IAN P. FELLERMAN (State Bar No. 119725)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
(510) 337-2810
FAX (510) 337-2811

Attorneys for Defendant
PODS, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC TANNER,<br><br>Plaintiff,<br><br>v.<br><br>PODS, INC., et al.,<br><br>Defendants. | Case No.: 3:07-cv-02392-JL<br><br>JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date:         January 16, 2008<br>Time:         10:30 a.m.<br>Courtroom:  F |

On December 11, 2007, the parties held a mediation with Jerry Fong of Carey & Carey. Unfortunately, the parties were unable to settle this matter. Accordingly, the parties jointly request that the Court schedule a trial date at the next Case Management Conference on January 16, 2008.

Date: January 10, 2008                              LAW OFFICES OF M. VAN SMITH


                                                    By: _____/s/_____
                                                         M. VAN SMITH
                                                         Attorneys for Plaintiff
                                                         ISAAC TANNER


Date: January 11, 2008                              WILEY PRICE & RADULOVICH, LLP


                                                    By: _____/s/_____
                                                         IAN P. FELLERMAN
                                                         Attorneys for Defendant
                                                         PODS, INC.