## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:40-10:44 (4 min)
Date: **January 16, 2008**

Case No: **C07- 2392 JL**

Case Name: **Isaac Tanner v. PODS, Inc., et al**

Plaintiff  Attorney(s): M. Van Smith
Defendant Attorney(s): Ian Fellerman

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                              **RULING:**
1.
2.
3.
4.
[ X] Fur Case Management Conference -  held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  []  Court
**Case continued to:** 3-19-08 @ 10:30 a.m. for fur  CMC.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
       [ ] Jury  [ ]  Court

Notes: All previously set dates vacated.


cc: Venice, Kathleen