UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISAAC TANNER

      Plaintiff(s),                              No. 07-02392 JL

     v.                                   NOTICE OF CONTINUANCE
                                        OF CASE MANAGEMENT CONFERENCE

PODS, INC.

      Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the case management conference scheduled for March 19, 2008 @ 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued to March 26, 2008 @ 10:30 a.m..

Dated: March 18, 2008

*Wings Hom*
_____
Wings Hom Courtroom Deputy to
JAMES LARSON, CHIEF UNITED STATES
MAGISTRATE JUDGE