# UNITED STATES DISTRICT COURT

## Northern District of California

Tanner,

    Plaintiff(s),

v.

Pods Inc.,

    Defendant(s).

No. C 07-02392 JL MED

**Certification of ADR Session**

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __12/11/07__

2. Did the case settle?  ☐ fully  ☐ partially  ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?  ☒ YES  ☐ NO

Dated: __3/14/08__

_____
Mediator Jerry Y. Fong
Carey & Carey
P.O. Box 1040
706 Cowper Street
Palo Alto, CA 94302

**Certification of ADR Session**
07-02392 JL MED