IAN P. FELLERMAN (State Bar No. 119725)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
(510) 337-2810
FAX (510) 337-2811

Attorneys for Defendant
PODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC TANNER,<br><br>             Plaintiff,<br><br>    v.<br><br>PODS, INC.,<br><br>             Defendant. | Case No.: 3:07-CV-02392-JL<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND PROPOSED ORDER THEREON<br><br>Date:       March 26, 2008<br>Time:      10:30 a.m.<br>Courtroom: F<br><br>Hon. James Larson |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Isaac Tanner and Defendant PODS, Inc., through their respective counsel, that the Case Management Conference scheduled for March 26, 2008 shall be continued to April 30, 2008 at 10:30 a.m. in Courtroom F of the above-referenced Court. This Stipulation is based on the grounds that: (i) on March 18, 2008, the Court rescheduled the March 19, 2008 Case Management Conference to March 26, 2008; (ii)

Defendant's counsel is not available for a Case Management Conference on March 26, 2008 due to a calendar conflict; and (iii) both Plaintiff's counsel and Defendant's counsel are available for a Case Management Conference on April 30, 2008.

Date: March 21, 2008

By: _____
M. VAN SMITH
Attorney for Plaintiff
ISAAC TANNER

Date: March 21, 2008

WILEY PRICE & RADULOVICH, LLP

By: _____
IAN P. FELLERMAN
Attorneys for Defendant
PODS, INC.

### ORDER

For good cause shown, IT IS HEREBY ORDERED that the Case Management Conference shall be rescheduled from March 26, 2008 to April 30, 2008 at 10:30 a.m. in Courtroom F.

Date: March __, 2008

_____
HON. JAMES LARSON
UNITED STATES DISTRICT COURT
CHIEF MAGISTRATE JUDGE

# PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Alameda, California, over the age of 18 years, and am not a party to the within-entitled action. My business address is 1301 Marina Village Parkway, Suite 310, Alameda, California 94501. On the date set forth below, I served the following document(s) by the method indicated below:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
AND PROPOSED ORDER THEREON**

☐ **Facsimile** by transmitting via facsimile on this date from fax number (510) 337-2811 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing pursuant to California Code of Civil Procedure §1013(e). The transmitting fax machine complies with California Code of Civil Procedure §1013(e).

☒ **First Class Mail** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as set forth below pursuant to California Code of Civil Procedure §1013(a). I am readily familiar with the business practice at Wiley Price & Radulovich, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **Messenger** by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ **Personal Delivery** by personally hand delivering the document(s) listed above in a sealed envelope(s) to the person(s) at the address(es) set forth below pursuant to California Code of Civil Procedure §1011.

☐ **Overnight Delivery** by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express service carrier for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below pursuant to California Code of Civil Procedure §1013(c). A copy of the consignment slip is attached to this proof of service.

M. Van Smith
Law Office of M. Van Smith
1696 Mendenhall Drive
San Jose, California 95130
Tel. No.: (408) 364-1062
Fax No.: (408) 273-6496

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 1, 2008 at Alameda, California.

_____
Magnolia D. Vinluan