1  IAN P. FELLERMAN (State Bar No. 119725)
   WILEY PRICE & RADULOVICH, LLP
2  1301 Marina Village Parkway, Suite 310
   Alameda, California 94501
3  (510) 337-2810
   FAX (510) 337-2811
4
   Attorneys for Defendant
5  PODS, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  ISAAC TANNER,                          Case No.: 3:07-CV-02392-JL

12            Plaintiff,                    STIPULATION TO CONTINUE CASE
                                            MANAGEMENT CONFERENCE; AND
13     v.                                   PROPOSED ORDER THEREON

14  PODS, INC.,                             Date:      March 26, 2008
                                            Time:      10:30 a.m.
15            Defendant.                    Courtroom: F

16                                          Hon. James Larson

17

18

19        IT IS HEREBY STIPULATED AND AGREED by Plaintiff Isaac Tanner and Defendant

20  PODS, Inc., through their respective counsel, that the Case Management Conference scheduled

21  for March 26, 2008 shall be continued to April 30, 2008 at 10:30 a.m. in Courtroom F of the

22  above-referenced Court. This Stipulation is based on the grounds that: (i) on March 18, 2008,

23  the Court rescheduled the March 19, 2008 Case Management Conference to March 26, 2008; (ii)

24

25

26

27

28

                                            1

Wiley Price &     [STIPULATION TO CONTINUE CASE MANAGEMENT              Case No. 3:07-CV-02392-JL
Radulovich, LLP   CONFERENCE; AND PROPOSED ORDER THEREON

1

2  Defendant's counsel is not available for a Case Management Conference on March 26, 2008 due

3  to a calendar conflict; and (iii) both Plaintiff's counsel and Defendant's counsel are available for

4  a Case Management Conference on April 30, 2008.

Date: March 21, 2008

5

6                                                    By: _M Van Smith_____
                                                           M. VAN SMITH
7                                                         Attorney for Plaintiff
                                                           ISAAC TANNER
8

9  Date: March 21, 2008                         WILEY PRICE & RADULOVICH, LLP

10                                                   By: _____
11                                                         IAN P. FELLERMAN
                                                         Attorneys for Defendant
12                                                         PODS, INC.

13

14                                **ORDER**

15         For good cause shown, IT IS HEREBY ORDERED that the Case Management

16  Conference shall be rescheduled from March 26, 2008 to April 30, 2008 at 10:30 a.m. in

   Courtroom F.
17
   Date: March 24, 2008                        _____
18                                                    HON. JAMES LARSON
                                                     UNITED STATES DISTRICT COURT
19                                                    CHIEF MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

Wiley Price &        Stipulation to Continue Case Management Conference;              Case No. 3:06-CV-02392-JL
Radulovich, LLP      and Proposed Order Thereon                                        E-file

## PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Alameda, California, over the age of 18 years, and am not a party to the within-entitled action. My business address is 1301 Marina Village Parkway, Suite 310, Alameda, California 94501. On the date set forth below, I served the following document(s) by the method indicated below:

## STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND PROPOSED ORDER THEREON

☐ **Facsimile** by transmitting via facsimile on this date from fax number (510) 337-2811 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing pursuant to California Code of Civil Procedure §1013(e). The transmitting fax machine complies with California Code of Civil Procedure §1013(e).

☒ **First Class Mail** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as set forth below pursuant to California Code of Civil Procedure §1013(a). I am readily familiar with the business practice at Wiley Price & Radulovich, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **Messenger** by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ **Personal Delivery** by personally hand delivering the document(s) listed above in a sealed envelope(s) to the person(s) at the address(es) set forth below pursuant to California Code of Civil Procedure §1011.

☐ **Overnight Delivery** by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express service carrier for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below pursuant to California Code of Civil Procedure §1013(c). A copy of the consignment slip is attached to this proof of service.

M. Van Smith
Law Office of M. Van Smith
1696 Mendenhall Drive
San Jose, California 95130
Tel. No.: (408) 364-1062
Fax No.: (408) 273-6496

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 1, 2008 at Alameda, California.

_____
Magnolia D. Vinluan

[STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND PROPOSED ORDER THEREON

Case No. 3:07-CV-02392-JL

Wiley Price & Radulovich, LLP